# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM H. CORLEW, JR., ) <br> ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security,[1] ) <br> ) <br>     Defendant. ) | No. 3:06-0221 <br> **Judge Nixon** <br> **Magistrate Judge Brown** |

## ORDER

Pending before the Court is Plaintiff's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 20). Defendant ("Defendant" or "Commissioner") has filed a Response in Opposition to Plaintiff's Motion, arguing that the decision of the Commissioner was supported by substantial evidence and should be affirmed. (Doc. No. 23). Magistrate Judge Brown ("Magistrate Judge") has issued a Report and Recommendation ("Report") that Plaintiff's Motion be denied and that the decision of the Commissioner be affirmed. (Doc. No 24). Plaintiff timely filed a document purporting to be Objections to the Magistrate Judge's Report ("Objections") (Doc. No. 25). The text of that document states, in its entirety: "The Plaintiff, William H. Corlew, Jr., objects to the Report and Recommendation of Judge Brown and request

---

[1] Michael J. Astrue was sworn in as Commissioner of Social Security on February 12, 2007. Pursuant to Federal Rule of Civil Procedure 25(d)(1) and the last sentence of 42 U.S.C. § 405(g), Michael J. Astrue is automatically substituted as Defendant in the above-captioned case, and no further action is necessary to continue this case.

-1-

[*sic*] that he be permitted additional time to address the errors in the report and recommendation." (Doc. No. 25). Plaintiff never filed substantive objections to the Magistrate Judge's Report subsequent to his request for additional time.

Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded, and thus **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion for Judgment on the Administrative Record and **AFFIRMS** the decision of the Commissioner. Thus, the case in its entirety is **DISMISSED WITH PREJUDICE**.

It is so ORDERED.

Entered this the 8th day of August, 2007.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT